UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-250 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TYRONE MONTIS JONES, | ) | |
| Defendant. | ) | |

Offense charged:    Conspiracy to Distribute Crack Cocaine; Distribution of Crack Cocaine

Date of Detention Hearing:    May 29, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been charged with two drug offenses, the minimum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                                                                     15.13
18 U.S.C. § 3142(i)                                                                                                  Rev. 1/91
PAGE 1

dangerousness and flight risk, under 18 U.S.C. §3142(e). The charges carry a potential ten year mandatory minimum.

2. Defendant is a long time resident of this District. However, neither his employment nor his residence address cannot be verified. The defendant is associated with alias names and social security numbers. His criminal history includes weapons charges from the 1990s. He has history of multiples failures to appear as recently as April 2007. During a search of a hotel room incident to the defendant's hotel room, items consistent with cocaine manufacture were allegedly seized. The defendant is an alleged user of illegal substances. The strength of the government's evidence is extremely strong, as the government alleges to have evidence showing the defendant participating in multiple drug transactions.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

01         confined shall deliver the defendant to a United States Marshal for the purpose of

02         an appearance in connection with a court proceeding; and

03   (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06 DATED this <u>29th</u> day of May, 2007.

07

08                                   Mary Alice Theiler
                                    United States Magistrate Judge

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                         Rev. 1/91
PAGE 3